Electronically Filed
Supreme Court
SCWC-19-0000065
25-MAR-2024
09:53 AM
Dkt. 15 ODAC

SCWC-19-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE
LOAN TRUST INC., MORTGAGE-BACKED NOTES, SERIES 2005-11,
Respondent/Plaintiff-Appellee,

vs.

HOWARD E. GREENBERG; DENISE C. GREENBERG,
Petitioners/Defendants-Appellants;

and

WELLS FARGO BANK, N.A.; KE ALIʻI KAI ASSOCIATION, INC.,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000065; CIVIL NO. 16-1-0554(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The application for writ of certiorari filed on March 4,
2024, by Petitioners/Defendants-Appellants Howard E. Greenberg
and Denise C. Greenberg is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 25, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

